IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CLARRISA OLIVER,**

    Plaintiff,

vs.                              **CASE NO. 5:10-cv-307-RS-MD**

**PHYAMERICA GOVERNMENT SERVICES INC., a Foreign Profit Corporation,**

    Defendant.
_____/

## ORDER

The relief requested in Defendant's Unopposed Motion for Leave to File a Reply Brief and Memorandum of Law (Doc. 39) is **GRANTED**. Defendant shall file the reply not later than August 24, 2011.

**ORDERED** on August 17, 2011.

                                        **/s/ Richard Smoak**
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**